Filed
5/15/2026 2:52 PM
**Beverley McGrew Walker**
District Clerk
Fort Bend County, Texas
Jennifer Mcclain

CAUSE NO. 26-DCV-343346

| | | |
|---|---|---|
| **VILLAS OF SWEETWATER COMMUNITY ASSOCIATION, INC.** | § § § § | IN THE 502ND JUDICIAL DISTRICT COURT |
| *Plaintiff(s),* | § § | |
| v. | § § § | OF |
| **OHIO SECURITY INSURANCE COMPANY** | § § | |
| *Defendant(s).* | § § | FORT BEND COUNTY, TEXAS |

### RETURN OF SERVICE

I, Michélle du Plessis, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on May 14, 2026, at 3:56 pm. I delivered these documents to Ohio Security Insurance Company in Travis County, TX on May 15, 2026 at 9:38 am at 211 East 7th Street, Suite 20, 20, Austin, TX 7870-3218 by leaving the following documents with Mak Hayes who as Intake Specialist at CSC is authorized by appointment or by law to receive service of process for Ohio Security Insurance Company.

CITATION
PLAINTIFF'S ORIGINAL PETITION, JURY DEMAND, AND REQUEST FOR DISCOVERY CONTROL PLAN

Race: White, Sex: Female, Est. Age: 25-34, Hair: Brown, Glasses: Y, Est. Weight: 120 lbs to 140 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=30.2684219848,-97.7404935011
Photograph: See Exhibit 1

Total Cost: $100.00

My name is Michélle du Plessis, I am 18 years of age or older, and my address is 1414 Tivoli Hills dr, San Antonio, TX 78260, and USA.

I declare under penalty of perjury that the foregoing is true and correct.

**EXHIBIT 1**

/s/ *Michelle du Plessis*

Executed in

Travis County                                        ,

TX        on    5/15/2026        .

Michélle du Plessis
+1 (512) 333-1722
Certification Number: PSC-20619
Expiration Date: 3/31/2028



Exhibit 1a)

CSC

**ATTENTION: PROCESS SERVERS**

Service of Process Hours:

(Excluding Holidays and other days our facility is closed)

Monday – Friday
9:00-3:30

### IMPORTANT NOTICE: INDICATING PARTY SERVED

- Each service must be underlined to CLEARLY and SPECIFICALLY identify which entity is being served.
- If you are serving MULTIPLE entities in the same case, you must have SUFFICIENT COPIES to serve each entity.

If you have questions, contact our call center at 888-690-2882.

*We reserve the right to reject a service of process if the defendant or defendants being served are not clearly identified on the summons, citation, or other legal document.*

CSC

**ATTENTION: PROCESS SERVERS**

When serving documents please ask for our name. To assist with spelling please look at the list below:

Neisha Gross

Mak Hayes

Brad Mann

Jim Herriman

Christopher Bazaco

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Zar Law  Firm on behalf of Matthew Zarghouni
Bar No. 24086085
service@zar-law.com
Envelope ID: 114969326
Filing Code Description: Officers Return
Filing Description: Citation Return for Ohio Security Insurance Company
Served on 5/15/2026
Status as of 5/15/2026 5:05 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Matthew Zarghouni | | matt@zar-law.com | 5/15/2026 2:52:31 PM | SENT |
| Brandon Kuhre | | brandon@zar-law.com | 5/15/2026 2:52:31 PM | SENT |
| Zar Law  Firm | | service@zar-law.com | 5/15/2026 2:52:31 PM | SENT |